101 F.3d 690
 Lillian Lehotay, Julius J. Lehotay
v.
Zenith Data Systems Corporation, International Business
Machines Corporation, Canon U.S.A., John Doe 1-10; Nancy E.
Cunningham v. Computer Machinery Corporation, Oertec
Computer Corporation, f/k/a Pertec Corporation, as Successor
to Computer Machinery Corporation, Scan-Optics, Inc., Sperry
Rand Corporation, f/k/a Sperry Univac, f/k/a Sperry
Corporation, Unisys Corporation, John Does, 1 through 10,
Pertec Computer
 NOS. 95-5781, 96-5070, 96-5095
 United States Court of Appeals,
Third Circuit.
 Oct 10, 1996
 
 1
 Appeal From: D.N.J., Nos. 92-03191, 92-03431, 92-03432, 92-04763, 93-0165, 93-02674,
 
 
 2
 Brown, Thompson, Parell, JJ.
 
 
 3
 AFFIRMED.